# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:16-cr-00245 |
| | ) JUDGE CRENSHAW |
| PAUL BRANDON HAMPTON, | ) |
| Defendant. | ) |

## ORDER

Defendant's Unopposed Motion for Extension (Doc. No. 16) until February 23, 2017 to file a plea agreement is **GRANTED.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE